# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC | § § § | |
| Plaintiff, | § § | Case No: |
| vs. | § § | PATENT CASE |
| SKYCORE LLC | § § § | |
| Defendant. | § § § | |

## ORIGINAL COMPLAINT

Pursuant to F.R.C.P. 15(a)(1)(B), Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" or "STI") files this Original Complaint against Skycore LLC ("Defendant" or "Skycore") for infringement of United States Patent No. 9,053,498 (hereinafter "the '498 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with its principal office located at 3131 McKinney Ave., Suite 600 Dallas, TX 75204

4. On information and belief, Defendant is a Massachusetts limited liability company having an address of 397 Moody St., Suite 202, Waltham, MA 02453. On information and belief, Defendant may be served through its agent, Richard Eicher, at the same address.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District 28 U.S.C. §1400(b) because Defendant is deemed to reside in this district. In addition, and in the alternative, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District..

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,053,498)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '498 Patent with sole rights to enforce the '498 Patent and sue infringers.

11. A copy of the '498 Patent, titled "Systems and Methods for Indicating the Existence of Accessible Information Pertaining to Articles of Commerce," is attached hereto as Exhibit A.

12. The '498 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe, literally or under the doctrine of equivalents, one or more claims, including at least Claim 1, of

the '498 Patent by making, using, importing, selling, and/or offering for sale a scanning app covered by one or more claims of the '498 Patent. Defendant has infringed, literally or under the doctrine of equivalents, and continues to infringe the '498 Patent directly in violation of 35 U.S.C. § 271.

14. Defendant sells, offers to sell, and/or uses an online ordering system including, without limitation, the codeREADr B2B barcode scanner app, and any similar products (collectively, "Products"), which infringe at least Claim 1 of the '498 Patent.

15. The Product practices a system (e.g. codeREADr) for indicating an existence of a link (e.g., existence of link related to products scanned) to information pertaining to an article of commerce (e.g., ticket). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

codeREADr - a barcode & NFC scanning app used for ticket scanning, attendance tracking, inventory and asset tracking, guest lists, access control, lead retrieval and tracking security and maintenance workers.




> **Advanced – "Webify"**
> The Response text can be text; or text with clickable URLs; or **presented using HTML** (online or offline).
>
> **Value** – Barcode to validate (100 character limit – contact support for options if you need more characters)
> **Response** – Simple text, structured text, HTML or web content you want the app user to see after a scan.
> **Validity** -Status of the value when scanned.
> "1" for a valid response.
> "0" for an invalid response.
>
> Source: https://play.google.com/store/apps/details?id=com.skycore.android.codereadr&hl=en
>
> Source: https://www.codereadr.com/knowledgebase/creating-a-csv-file/

16. The Product has a mobile device comprising a portable handheld housing (e.g., codeREADr mobile App running on any IOS or Android device) and a communication interface configured to enable the mobile device to communicate with a communication network (e.g., communication interface of the mobile device enabling communication over the Internet, such as when the mobile device is online). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

> codeREADr - a barcode & NFC scanning app used for ticket scanning, attendance tracking, inventory and asset tracking, guest lists, access control, lead retrieval and tracking security and maintenance workers.
>
> The app works with smartphones, tablets, laptops and some rugged barcode readers. Scan with the camera, sled, case, or bluetooth accessory.
>
> **Already a QuickBase customer?** If you subscribe to codeREADr you can quickly & accurately scan barcodes, collect multiple choice & form data, GPS locations, photos, timestamps, etc. You can do that both online and offline using the native codeREADr iOS and Android apps and insert that data into QuickBase tables.
>
> Source: https://play.google.com/store/apps/details?id=com.skycore.android.codereadr&hl=en
>
> Source: https://www.codereadr.com/
>
> Source: https://www.codereadr.com/knowledgebase/service-integration/

17. The Product has a signal processing device (e.g., processor of the mobile device)

and visual input device (e.g., camera of the mobile device). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

The app works with smartphones, tablets, laptops and some rugged barcode readers. Scan with the camera, sled, case, or bluetooth accessory.



- Flexible barcode scanning (front/rear camera, resize decoding view, flash, optimization, targeting, preview and select).

Source: https://www.codereadr.com/

Source: https://play.google.com/store/apps/details?id=com.skycore.android.codereadr&hl=en

18. The visual input device (e.g., camera for scanning barcode) is affixed within the portable handheld housing (e.g., the housing of IOS or Android device). The mobile device equipped camera is used to a scan barcode via the codeREADr mobile app to obtain a UPC code (i.e., code value) related to a product. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.




Source: https://www.codereadr.com/

Source: https://play.google.com/store/apps/details?id=com.skycore.android.codereadr&hl=en

19. The Product has digital files (e.g., image files of barcodes) associated with the mobile device (e.g., codeREADr mobile app running on any IOS or Android device). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

Source: https://www.codereadr.com/knowledgebase/photo-collect-options/

20. On information and belief, the Product also includes a server accessed by the codeREADr mobile App in communication with the communication network, the server comprising a server database (e.g., server database that stores information corresponding to barcodes of various products) configured to store a look-up table (e.g., cloud database) that

includes at least a plurality of identification codes (e.g., as shown in screenshot below, I1J4GL48K36W247404) associated with a plurality of articles of commerce (e.g. ticket). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

The key benefit with DBB Postback is directly updating a validation database stored on codeREADr's servers in real time. In this way, you don't have export scan records from codeREADr and create a new, updated CSV file to later upload to that database.

A validation database is a table of barcode values and associated data stored on codeREADr's servers for use with your validation Service types. After each scan, the associated data is presented as a 'response' to the app-user if the barcode value exists in that database.




Source: https://www.codereadr.com/knowledgebase/database-builder-with-postback-url/

Source: https://play.google.com/store/apps/details?id=com.skycore.android.codereadr

21.     The look-up table also stores a plurality of information link indicators (e.g., clickable URLs) indicating information related to scanned product). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

> CodeREADr supports the CSV (Comma Separated Values) file type, allowing you to quickly add barcodes to a database. These CSV files must be in the proper format or they will not be read correctly. TXT files may also be
>
> **Advanced – "Webify"**
> The Response text can be text; or text with clickable URLs; or presented using HTML (online or offline).
>
> **Value** – Barcode to validate (100 character limit – contact support for options if you need more characters)
> **Response** – Simple text, structured text, HTML or web content you want the app user to see after a scan.
> **Validity** -Status of the value when scanned.
> "1" for a valid response.
> "0" for an invalid response.
>
> Source: https://www.codereadr.com/knowledgebase/creating-a-csv-file/

22.   Each information link indicator is associated with a respective identification code (e.g. I1J4GL48K36W247404) and article of commerce (e.g. ticket). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**Advanced – "Webify"**

The Response text can be text; or text with clickable URLs; or <u>presented using HTML</u> (online or offline).




Source: https://www.codereadr.com/knowledgebase/creating-a-csv-file/

Source: https://play.google.com/store/apps/details?id=com.skycore.android.codereadr

23. Each information link indicator is configured as a status signal indicating the existence or absence of a link to information pertaining to a respective article of commerce (e.g. indicating whether a link to information corresponding to scanned barcode is available online or not), the link being made to the information via the communication network (e.g., response generated which can be text or text with clickable URLs ) to the information of the scanned product present in codeREADr server database. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

A validation database is a table of barcode values and associated data stored on codeREADr's servers for use with your validation Service types. After each scan, the associated data is presented as a 'response' to the app-user if the barcode value exists in that database.

Normally if the barcode value doesn't exist in the database the app-user will get an Invalid response after scanning that value. However, with DBB Postback you can enable your app users to add that value to the

**Value** – Barcode to validate (100 character limit – contact support for options if you need more characters)
**Response** – Simple text, structured text, HTML or web content you want the app user to see after a scan.
**Validity** -Status of the value when scanned.
"1" for a valid response.
"0" for an invalid response.



Source: https://www.codereadr.com/knowledgebase/database-builder-with-postback-url/

Source: https://www.codereadr.com/knowledgebase/creating-a-csv-file/

Source: https://d3pb9c7cezktlk.cloudfront.net/wp-content/uploads/2013/10/codereadr-overview.pdf

24.    The visual input device (e.g. mobile device camera) accessed by the codeREADr app is configured to capture an image of an article of commerce (e.g., image of a barcode (ticket or any product) captured by the camera) and decode the image to obtain an identification code (e.g., barcode value decoded I1J4GL48K36W247404 as shown in the screenshot below). Certain

aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.




The app works with smartphones, tablets, laptops and some rugged barcode readers. Scan with the camera, sled, case, or bluetooth accessory.

Source: https://www.codereadr.com/

Source: https://play.google.com/store/apps/details?id=com.skycore.android.codereadr

25. The signal processing device (e.g., processor within the mobile device), in response to receiving the identification code (e.g., decoded barcode), is configured to look up the identification code in the look-up table (e.g., look up the decoded barcode in the local database present or downloaded from the server in the mobile device shown in the screenshot below) to determine from a respective information link indicator whether or not a link exists for accessing information pertaining to an article of commerce associated with the identification code via the communication network (e.g., information link indicator (e.g., as shown in screenshot below: response generated) corresponding to scanned barcode is available online or not via the Internet for accessing information pertaining to scanned barcode). Certain aspects of

this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.




26. The signal processing device determines whether or not the link exists without accessing the communication network (e.g., local database in the mobile device having

codeREADr mobile app, enables the mobile device to work in offline mode without accessing the Internet to determine whether or not the link indicator related to scanned barcode exists). The information link indicator is the response generated (i.e., ticket 006 redeemed) related to the barcode value (e.g., xtcbl8eKwe) as shown in screenshot below. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.codereadr.com/validate-in-real-time/

Source: https://play.google.com/store/apps/details?id=com.skycore.android.codereadr&hl=en

27. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

28. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

29. Plaintiff is in compliance with 35 U.S.C. § 287.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,053,498 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: April 26, 2019               Respectfully submitted,

*/s/* David A. Chavous
**David A. Chavous, Esq.**
CHAVOUS INTELLECTUAL PROPERTY LAW LLC
793 Turnpike St., Unit 1
North Andover, MA 01845
Phone: (978) 655-4309
Fax: (978) 945-0549
dchavous@chavousiplaw.com

**ATTORNEYS FOR PLAINTIFF**

# EXHIBIT A