# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC | § § § | |
| Plaintiff, | § § | Case No:  1:19-cv-11000 |
| vs. | § § | **JURY TRIAL DEMANDED** |
| SKYCORE LLC | § § § | |
| Defendant. | § § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1 and Local Rule 7.3, Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" or "STI") hereby states:

1. Plaintiff STI does not have a parent corporation and no publicly held companies own 10% or more of its stock.

Dated: April 30, 2019             Respectfully submitted,

*/s/* David A. Chavous
**David A. Chavous, Esq.**
CHAVOUS INTELLECTUAL PROPERTY LAW LLC
793 Turnpike St., Unit 1
North Andover, MA 01845
Phone: (978) 655-4309
Fax: (978) 945-0549
dchavous@chavousiplaw.com

**ATTORNEYS FOR PLAINTIFF**
